Brenna E. Erlbaum (SBN: 296390)
**PILLAR LAW GROUP, APLC**
150 South Rodeo Drive, Ste. 260
Beverly Hills, CA. 90212
[phone]: (310) 999-0000
Brenna.B@pillar.law
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 108.228.144.218, <br><br> Defendant. | Case Number: 3:16-cv-01604-WHA <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, SUMMONS AND RETURN OF SERVICE UNDER SEAL** |

THIS CAUSE came before the Court upon Plaintiff's Administrative Motion for Leave to File Its Amended Complaint, Summons and Return of Service Under Seal (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Motion is granted.

Dated: October 13, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1

Case No. 3:16-cv-01604-WHA