IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.228.144.218,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 16-01604 WHA<br><br>**ORDER EXTENDING DEADLINE TO SERVE DEFENDANT** |

　　　Good cause shown, plaintiff shall have until **NOVEMBER 28** to serve the defendant. If service is not timely made, the action will be dismissed for lack of prosecution.

　　　**IT IS SO ORDERED.**

Dated:　November 14, 2016.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE